**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Gawlik,<br><br>          Plaintiff,<br><br>   vs.<br><br>State of Arizona, et al.<br><br>          Defendants. | NO. CV12-01946-PHX-RCB (BSB)<br><br>**O R D E R** |

This Court having read Plaintiff Gawlik's and Defendant Annis' Stipulation to Extend Defendant Annis' Reply in Support of his Motion to Dismiss, and good cause appearing;

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  **IT IS HEREBY ORDERED** granting the parties' stipulation and extending the deadline for Defendant Annis to file his reply in support of his Motion to Dismiss until April 24, 2013.

**DATED** this 24th day of April, 2013.

_____
Robert C. Broomfield
Senior United States District Judge